IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

DARRYL A. CRAWFORD,
    Petitioner,

v.                                    Case No.:  3:11cv530/MCR/EMT

KENNETH S. TUCKER,
    Respondent.
_____/

## O R D E R

This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated April 19, 2012 (doc. 15).  The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  I have made a de novo determination of any timely filed objections (*see* doc. 17).[1]

Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1.    The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2.    Respondent's motion to dismiss (doc. 11) is **GRANTED**.

3.    The habeas action is **DISMISSED** for lack of jurisdiction.

4.    A certificate of appealability is **DENIED**.

**DONE AND ORDERED** this 10th day of August, 2012.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**CHIEF UNITED STATES DISTRICT JUDGE**

---

[1]    The Petitioner also filed exhibits in support of the objections (doc. 18), which the court has considered as well.